UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-61450-RS

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO CONDUCT MEDIATION OVER ZOOM

Plaintiff, Shericka Barber, through her undersigned counsel, moves to modify the Court's Order of Referral to Mediation at ECF No. 16 by allowing the parties to mediate via Zoom teleconferencing based upon the following:

1. The parties are required to mediate in person pursuant to this Court's Order at ECF No. 16.

2. Plaintiff's counsel is located in Miami, Florida, and Defense counsel is located in Jacksonville, Florida.

3. The preferred mediator for the parties, Robyn S. Hankins, is located in Jupiter, Florida.

4. Defense counsel is located approximately 270 miles away from the mediator's office in Jupiter, and 350 miles from Plaintiff's office in Miami.

5. Plaintiff's counsel is located approximately 90 miles away from the mediator's office.

6. An in-person mediation would require each of the parties to incur an added expense to travel roundtrip via airplane, car, or train.

1

7. The parties would like to keep the costs of litigation at a minimum in order to facilitate settlement at the mediation.

8. The parties understand the wisdom of mediating in person, but believe a Zoom mediation will be just as fruitful as the in-person setting under the circumstances.

9. Therefore, Plaintiff moves the Court to allow the mediation to take place via Zoom conferencing.

## LOCAL RULE 7.1(a) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Plaintiff certifies that he conferred in good faith with counsel for Defendant regarding the relief requested in this motion, who does not object to the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2022, I filed the foregoing through CM/ECF, which will serve a copy on all parties of record.

Respectfully submitted,

Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com