UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-61450-RS

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONDUCT MEDIATION OVER ZOOM

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion to Conduct Mediation over Zoom, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The Parties shall be allowed to conduct their mediation over Zoom, modifying this Court's Order of Referral at ECF No. 16.

DONE AND ORDERED in Chambers on this _____ day of January, 2023.

                                                      _____
                                                      RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*