UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61450-SMITH/VALLE

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff, Shericka Barber, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 17] and agreed to utilize Robyn Hankins, Esq., **as mediator.**

    Dated this 31ˢᵗ day of January 2023.

s/Toussaint M. Cumings, Esq.
Toussaint M. Cummings, Esq. (119877)
toussaint@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
