IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61450-RS

SHERICKA BARBER,

   *Plaintiff*,

vs.

RYDER LAST MILE, INC.,

   *Defendant*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kimberly F. Seten, Esq. of the law firm of Constangy, Brooks, Smith & Prophete, LLP, 1201 Walnut Street, Suite 2350, Kansas City, Missouri 64106, Telephone: (816) 472-6400, E-mail: kseten@constangy.com for purposes of appearance as co-counsel on behalf of Defendant Ryder Last Mile, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kimberly F. Seten, Esq. to receive electronic filings in this case, and in support thereof states as follows:

   1.    Kimberly F. Seten, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Missouri, and the United States District Court for the Western District of Missouri.

9093156v1

2.     Movant, Elizabeth H. Joiner, Esq. of the law firm of Constangy, Brooks, Smith & Prophete, LLP, 200 West Forsyth St., Suite 1700, Jacksonville, Florida 32202, Telephone (904) 356-8900, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, Kimberly F. Seten, Esq. has made payment of this Court's $200.00 admission fee, which applies per attorney, per case.  A certification in accordance with Rule 4(b) is also attached hereto.

4.     Kimberly F. Seten, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kimberly F. Seten at email address: kseten@constangy.com.

WHEREFORE, Elizabeth H. Joiner, moves this Court to enter an Order allowing Kimberly F. Seten, Esq. to appear before this Court on behalf of Defendant Last Mile, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kimberly F. Seten, Esq.

Dated: February 7, 2023            Respectfully submitted,

                        */s/Elizabeth H. Joiner*
                        Elizabeth H. Joiner, Esq., FL Bar No. 0107843
                        ejoiner@constangy.com
                        **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
                        200 West Forsyth St.
                        Suite 1700
                        Jacksonville, Florida 32202
                        Telephone:    (904) 356.8900
                        Facsimile:     (904) 356.8200
                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        By: */s/ Elizabeth H. Joiner*
                             Elizabeth H. Joiner, Esq.

## SERVICE LIST
### BARBER V. RYDER LAST MILE, INC.
### CASE NO.: 0:22-CV-61450-RS

Toussaint Cummings, Esq.
Fairlaw Firm
135 San Lorenzo Avenue, Suite 770
Miami, Florida 33146
Telephone: (305) 230-4884
Facsimile: (305) 230-4844
Email: toussaint@fairlawattorney.com
Attorneys for Plaintiff
Served via CM/ECF

9093156v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61450-RS

SHERICKA BARBER,

    *Plaintiff*,

vs.

RYDER LAST MILE, INC.,

    *Defendant*.

_____/

## CERTIFICATION OF KIMBERLY F. SETEN

Kimberly F. Seten, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Missouri, and the United States District Court for the Western District of Missouri; and, (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated: February 7, 2023

                                                                  /s/ Kimberly F. Seten
                                                                  Kimberly F. Seten