UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-61450-RS

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF RESCHEDULING MEDIATION

    Plaintiff, Shericka Barber, notice the Court that the parties complied with the Court's Order of Referral to Mediation [ECF No. 16] and agreed to utilize **Robyn S. Hankins, Esq., as mediator** and are rescheduling mediation to occur on April 17, 2023, Via Zoom Video Conference. The parties further request the Court enter an Order Rescheduling Mediation.

    A proposed Order Re-Scheduling Mediation is being submitted herewith.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2023 I filed the foregoing through CM/ECF, which will serve a copy of all parties of record.

                                              Respectfully submitted,

s/Tousaint M. Cummings, Esq.
Toussaint M. Cummings
Fla. Bar No. 119877
toussaint@fairlawattorney.com

FAIRLAW FIRM
*Counsel for Plaintiff*
135 San Lorenzo Ave
Suite 770
Miami, FL 33146
Tel:   305.230.4884
Fax:   305.230.4844