UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61450-SMITH/VALLE

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendants.
_____/

## ORDER RE-SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Robyn Hankins, Esq., April 17, 2023, at 10:00 a.m. via Zoom Video Conference This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

DONE and ORDERED in chambers, at Miami, Florida on _____.

                                                                                          _____
                                                                                          RODNEY SMITH
                                                                                          UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*