UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61450-SMITH/VALLE

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendant.

_____/

### ORDER RE-SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Robyn Hankins, Esq., April 17, 2023, at <u>10:00 a.m.</u> via Zoom Video Conference This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

**DONE and ORDERED** in Fort Lauderdale, Florida on this 28th day of March, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record