UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-61450-RS**

SHERICKA BARBER,

    Plaintiff,

vs.

RYDER LAST MILE, INC.,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

This cause is before the Court *sua sponte*. On December 8, 2022, the Court issued its Order of Referral to Mediation [DE 16], requiring the parties to ensure that a mediator's report is filed within seven days of the mediation. A review of the record indicates that mediation was scheduled to take place on April 17, 2023; however, no mediator's report has been filed. Accordingly, it is hereby,

**ORDERED** that, on or before **May 26, 2023,** the parties shall ensure that the mediator's report regarding their April 17, 2023 mediation is filed or show cause why they should not be sanctioned for failing to comply with a Court Order. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of May, 2023.

                                                           **RODNEY SMITH**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record