**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO.: 0:22-CV-61450-RS

**SHERICKA BARBER,**

    *Plaintiff*,

vs.

**RYDER LAST MILE, INC.,**

    *Defendant*.

_____/

## JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT

Plaintiff, Shericka Barber, and Defendant Ryder Last Mile, Inc., (collectively, the "Parties"), respectfully submit the following mediation report and notice of settlement in response to the Order to Show Cause in accordance with the Court's Order of Referral to Mediation (Dkt. 16) and Order to Show Cause (Dkt. 33). On April 17, 2023, the Parties participated in mediation. During mediation, the Parties reached an agreement to resolve this matter. Plaintiff will be filing a Stipulation of Dismissal.

Respectfully submitted this 24th day of May, 2023.

| | |
|---|---|
| */s/ Toussaint Cummings* | */s/ Elizabeth H. Joiner* |
| **BRIAN H. POLLOCK** | **ELIZABETH H. JOINER** |
| Florida Bar Number: 174742 | Fla. Bar No. 0107843 |
| brian@fairlawattorney.com | ejoiner@constangy.com |
| **TOUSSAINT CUMMINGS** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| Florida Bar Number: 119877 | 200 West Forsyth Street, Suite 1700 |
| toussaint@fairlawattorney.com | Jacksonville, FL 32202 |
| **FAIRLAW FIRM** | (904) 356-8900 |
| 135 San Lorenzo Ave., Suite 770 | |
| Coral Gables, FL 33146 | **KIMBERLY SETEN** |
| Main No.: 305-230-4884 | MO Bar No. 50449 |
| | kseten@constangy.com |
| *Attorneys for Plaintiff* | *pro hac vice* |
| | |
| | *Attorneys for Defendant* |