**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-61450-RS**

SHERICKA BARBER,

    Plaintiff,

v.

RYDER LAST MILE, INC.,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Mediation Report and Notice of Settlement [DE 34], indicating that this matter has been settled in full.  Upon consideration, it is hereby,

    **ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **June 16, 2023.**  Failure to comply with this Order may result in the final dismissal of this case.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida on this 24th day of May, 2023.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record