UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61450-RS

SHERICKA BARBER,

    Plaintiff,

v.

RYDER LAST MILE, INC.,

    Defendant.

_____/

**AMENDED NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Mediation Report and Notice of Settlement [DE 34], indicating that this matter has been settled in full. Upon consideration, it is hereby,

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **June 26, 2023.** Failure to comply with this Order shall result in the final dismissal of this case.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 21st day of June, 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record