UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61450-RS

SHERICKA BARBER,

    Plaintiff,

v.

RYDER LAST MILE, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Stipulation for Rule 41 Voluntary Dismissal with Prejudice [DE 37]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of June, 2023.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record